```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

Raul Santiago,                   :

    Petitioner,              :

  v.                             :            Case No. 2:05-cv-0560

Patrick Hurley, Warden,          :            JUDGE SARGUS

    Respondent.              :

## ORDER TO SHOW CAUSE

It is ORDERED that the respondent shall, within twenty (20) days of the date of this Order, make a return to the petition for a writ of habeas corpus which contains all of the information required by Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court, and which attaches all of the materials required by that Rule.  It shall also present Respondent's arguments as to why the writ should not be granted and whether an evidentiary hearing is needed under the criteria set forth in 28 U.S.C. §2254(e)(2).

Petitioner may reply to the response within 15 days of its filing.

It is FURTHER ORDERED that the Clerk of this Court serve a copy of the petition and this Order by mail on the respondent and on The Habeas Corpus Unit, Corrections Litigation Section, Office of the Attorney General, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215.

/s/ Terence P. Kemp
United States Magistrate Judge