AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RAUL SANTIAGO,**

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

**vs.**

**PATRICK HURLEY, Warden,**       **CASE NO.  C2-05-560**
                                     **JUDGE EDMUND A. SARGUS, JR.**
      Respondent.            **MAGISTRATE JUDGE TERENCE P. KEMP**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

Pursuant to the Opinion and Order filed on November 3, 2006, Petitioner's objections are **OVERRULED**.  The Report and Recommendation is **ADOPTED** and **AFFIRMED**.  This case is **DISMISSED**.

Date: November 2, 2006                     JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk